IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO. 4:06-CR-400-SWW |
| | * | |
| JOHN EARL HALL | * | |

## ORDER

On October 28, 2021, the Court held a hearing on the United States' superseding petition (*Doc. 13*) to revoke the supervised release of Defendant John Earl Hall. Defendant appeared with his attorney Margaret Depper, and Assistant United States Attorney Alex Morgan appeared for the Government. Defendant admitted to certain, but not all, allegations in the Government's superseding petition, and the Court found that he had violated the conditions of his supervised release.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted Defendant be, and it is hereby, *REVOKED*, and the Government's superseding petition to revoke (*Doc. 13*) is GRANTED. The original motion to revoke (*Doc. 9*) is MOOT.

IT IS FURTHER ORDERED that Defendant shall serve a term of imprisonment of *TWELVE MONTHS AND ONE DAY* in the custody of the Bureau of Prisons (BOP). The Court recommends that Defendant be incarcerated at the Federal Correctional Institution in Milan, Michigan, close to the Northern District

of Indiana where a separate prosecution is pending.

There will be ***TWO YEARS SUPERVISED RELEASE*** to follow Defendant's term of imprisonment.  All conditions of supervised release previously imposed remain in full force and effect.  In addition, Defendant will be subject to the following special conditions of supervised release:

> Defendant must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may include drug and alcohol testing, outpatient counseling, and residential treatment. Defendant must abstain from the use of alcohol during treatment. Defendant must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If Defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

IT IS SO ORDERED, this 2nd  day of December, 2021.

/s/ Susan Webber Wright
_____
UNITED STATES DISTRICT JUDGE